178 So.2d 658

**Elizabeth Ann PETERSON et pere, Glenda Gale Goss, Margaret Lisa Mogg, Laura Jean Ponselle,**

v.

**Charles R. ARMSTRONG et al.**

No. 47859.

Oct. 8, 1965.

In re: Charles R. Armstrong and Traders & General Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Natchitoches. 176 So.2d 453, 462, 463, 464.

Writ refused. There appears no error of law in the ruling complained of.

178 So.2d 658

**Mrs. Sarah Haft KLEIN and Mrs. Rose Klein Robbins**

v.

**DEPARTMENT OF HIGHWAYS of The State of Louisiana, Travelers Insurance Company and Liberty Mutual Insurance Company.**

No. 47861.

Oct. 8, 1965.

In re: Sarah Haft Klein applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 175 So.2d 454.

Writ refused. The judgment is correct.